# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Onur Deniz

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 25cv3729-AGS-VET

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This Court gave petitioner until "January 7, 2026," to "show cause in writing" why his case shouldn't be "dismissed as moot" because an individual with the "same name, age, date of arrest, and country of origin" had already been "ordered released." (ECF 3.) Petitioner did not respond. The Court also notes that ICE's detainee locator does not show an individual under petitioner's name or A-number currently detained. As a result, the case is dismissed without prejudice as moot. All pending motions are denied. The case is hereby closed.

**Date:** 1/8/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Fujita
M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25cv3729-AGS-VET

Defendants:
Christopher J. Larose, Warden, Otay Mesa Detention Center, in his official capacity; Kristi Noem, Secretary of Homeland Security; Todd M. Lyons; Acting San Diego Field Office Director, ICE.